**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JIAN CHEN,

                Plaintiff,                      **SCHEDULING ORDER**

    -against-                                  18 Civ. 10075 (PMH)(JCM)

NEW GREAT WALL 2 INC., *et al.*,

                Defendants.
-------------------------------------------------------X

TO ALL PARTIES:

The conference scheduled for July 15, 2020 at 10:00 a.m. before the undersigned will be conducted via AT&T Teleconferencing Service. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

Dated:  May 27, 2020
           White Plains, New York

                                                      **SO ORDERED:**

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge